**Order entered May 30, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00575-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**LLOYD WARD, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03357-C**

## ORDER

The Court has before it appellee Lloyd Ward's May 29, 2013 unopposed "Motion to Enlarge Time to File Motion for Rehearing." The Court **GRANTS** the motion and **ORDERS** that any motion for rehearing shall be filed by appellee on or before **June 14, 2013**.

/s/     ROBERT M. FILLMORE
        JUSTICE